UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS EDISON,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID MICHAEL HUNEKE, UNITED STATES AGENCY FBI/CIA,<br><br>    Defendant. | No. 2:22-cv-00474-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 2, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 3.) The fourteen-day period has expired, and Plaintiff has filed objections to the findings and recommendations. (ECF No. 4.)

The Court has conducted a de novo review of this case and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 2, 2022 (ECF No. 3) are adopted in full;

2. Plaintiff's March 14, 2022 Application to Proceed in Forma Pauperis (ECF No. 2) is DENIED;

3. Plaintiff's March 14, 2022 Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. This action is closed.

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge